## IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIRCUIT CIVIL CASE NO.: 07-CA-017273

JEREMY TEABOUT,           )
                          )
    Plaintiff,        )
                          )
vs.                       )
                          )
                          )
THE BUDD GROUP,           )
                          )
    Defendant,        )
_____/

## AMENDED COMPLAINT

COMES NOW Plaintiff, JEREMY TEABOUT, pursuant to the Fair Labor Standards Act of 1938, and amended, 29 U.S.C. § 201 et seq., and sues the Defendant, THE BUDD GROUP, INC. hereinafter referred to as "BUDD", and alleges:

### JURISDICTION AND VENUE

1. This is an action for damages which exceed Fifteen Thousand (15,000.00) Dollars exclusive of costs and interest.

2. Venue lies within Hillsborough County because a substantial part of the events giving rise to this claim arose in this Judicial District.

### PARTIES

3. Plaintiff, JEREMY TEABOUT, resides in Pinellas County, Florida.

4. Defendant, BUDD, is a foreign corporation, licensed and authorized to conduct business in the state of Florida. At all times material, Defendant, BUDD, is an employer as defined by the Act.

## COUNT I
### (Fair Labor Standard Act)

5. Plaintiff realleges paragraphs one through four as though set forth fully herein.

6. Plaintiff, JEREMY TEABOUT, began his employment with Defendant on or about November 2004 first as a Site Supervisor and was then promoted to Operations Supervisor in September 2006.

7. The employment of JEREMY TEABOUT, provided for a forty (40) hour work week, but throughout his respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

8. At all times material, BUDD, failed to comply with 29 U.S.C. § 201 et seq., in that Plaintiff worked for Defendant in excess of the maximum hours provided by law, but no provision was made by Defendant to compensate Plaintiff at the rate of time and one-half for the excess hours worked.

9. BUDD's failure to pay Plaintiff the required overtime pay was intentional and willful.

10. As a direct and legal consequence of Defendant's unlawful acts, Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

## COUNT II
### UNPAID WAGES

11. Plaintiff realleges paragraphs one through four as though set forth fully herein.

12. Plaintiff earned wages over the course of his employment which are owed and payable by the Defendant employer pursuant to Florida Statute Chapter 448.

14. Defendant, despite Plaintiff's reasonable attempts to obtain payment of these earned monies, has failed and refused to make payment as required by Florida Statute Chapter 448.

15. Plaintiff has retained undersigned counsel and is obligated to pay them a

reasonable fee for their services.

WHEREFORE, Plaintiff, JEREMY TEABOUT, respectfully requests all legal and equitable relief allowed by law including judgment against Defendant, THE BUDD GROUP, INC., for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and such other relief as the court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues so triable.

FLORIN, ROEBIG, P.A.

WOLFGANG M. FLORIN, ESQ.
CHRISTOPHER D. GRAY, ESQ.
777 Alderman Road
Palm Harbor, FL 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorney for Plaintiff
FL BAR Nos.: 907804 and 902004
Dated: 12-20-07