UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| JEREMY TEABOUT, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CASE NO.: 8:08-cv-00113-RAL-TGW |
| THE BUDD GROUP, INC., | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S NOTICE OF SETTLEMENT**

Defendant, THE BUDD GROUP, INC, through its undersigned counsel and pursuant to Local Rule 3.08, hereby advises the Court that the parties have reached an amicable settlement of this matter.  Upon finalization of the settlement documents, the parties will file a Stipulation for Dismissal with Prejudice with the Court and will jointly move for entry of an order approving the settlement.

DATED this 3rd day of June, 2008.

Respectfully submitted,

JACKSON LEWIS LLP
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone:    (407) 246-8440
Facsimile:     (407) 246-8441

By:    /s/ *Nicole A. Sbert*
      Randall W. Lord
      Florida Bar No. 765422
      lordr@jacksonlewis.com

      Nicole A. Sbert
      Florida Bar No. 0896861
      sbertn@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2008, the foregoing was filed using the CM/ECF system, which will forward a copy of the foregoing to: WOLFGANG M. FLORIN, ESQ. and CHRISTOPHER D. GRAY, ESQ., 777 Alderman Road, Palm Harbor, FL 34683.

/s/ *Nicole A. Sbert*
Nicole A. Sbert