UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JEREMY TEABOUT,

    Plaintiff,

v.                                  CASE NO: 8:08-cv-113-T-26TGW

BUDD GROUP, INC.,

    Defendant.
_____/


**O R D E R**

    Upon due consideration, it is ordered and adjudged as follows:

    1) The parties' Joint Motion for Approval of Settlement (Dkt. 11) is granted.

    2) The parties are directed to abide by each and every provision of their settlement agreement.

    3) The Court reserves jurisdiction to enforce the parties' settlement agreement.

    **DONE AND ORDERED** at Tampa, Florida, on June 20, 2008.


                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record